Franklin Woolery GAITHER *v.* STATE of Arkansas

CR 96-1271                                        931 S.W.2d 442

Supreme Court of Arkansas
Opinion delivered November 11, 1996

*Chester A. Baugus*, for appellant.

PER CURIAM. Appellant, Franklin Woolery Gaither, by his attorney, Chester A. Baugus, has filed a motion for rule on the clerk. His attorney admits that the record was tendered late due to a mistake on his part.

█ We find that such error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See Terry v. State*, 272 Ark. 243, 613 S.W.2d 90 (1981); *In Re: Belated Appeals in Criminal Cases*, 295 Ark. 964 (1979) (per curiam).

A copy of this per curiam will be forwarded to the Committee on Professional Conduct. *In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964.